# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN FLORES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL TRANSPORT LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:25-cv-00973-SRM-SHK<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)** |

## ORDER

Pursuant to the stipulation of the parties under Fed. R. Civ. Proc. 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED THAT** this action is dismissed without prejudice, with each party to bear their own costs and fees.

Dated: May 29, 2025

_____
HON. SERENA R. MURILLO
U.S. DISTRICT COURT JUDGE

**ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)**